UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CURRY SHACK CORP. D/B/A KURRY
PAVILION,

                        Plaintiff,

-against-

JP MORGAN CHASE, N.A.

                       Defendant.
---------------------------------------------------------x

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

Case No.: 1:17-cv-07991 (NRB)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Curry Shack Corp. d/b/a/ Kurry Pavilion by and through their counsel, Rosenfeld & Kaplan, LLP, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant JP Morgan Chase, N.A.

Dated: New York, New York
        November 16, 2017

By:    ROSENFELD & KAPLAN, LLP

           Tab K. Rosenfeld (TR 9212)
           1180 Avenue of the Americas
           Suite 1920
           New York, New York 10036
           (212) 682-1400
           *Attorneys for plaintiff Curry Shack Corp. d/b/a Kurry Pavilion*